In the Matter of RUTHERFORD ESTATES, LTD., Appellant. DORMAN PRODUCTS, INC., et al., Respondents.

Argued October 10, 1950; decided November 22, 1950.

*Paul R. Shaw* and *Solomon Weinstein* for appellant.

*Jack Gross* for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.